**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
mmatern@maternlawgroup.com
Mikael H. Stahle (SBN 182599)
mstahle@maternlawgroup.com
2101 E. El Segundo Blvd., Suite 403
El Segundo, , CA 90245
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff CORY HILLIS

[*Additional Counsel on Following Page*]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY HILLIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-02629-TLN-CKD<br><br>Honorable Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>**STIPULATION TO REFER CASE FOR SETTLEMENT CONFERENCE AND MODIFY SCHEDULING ORDER**<br><br>Action filed: April 4, 2023<br>Action removed: November 13, 2023<br>Trial Date: None set |

**SEYFARTH SHAW LLP**
Robin E. Devaux (SBN 233444)
rdevaux@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
OWENS-BROCKWAY GLASS
CONTAINER, INC.

**SEYFARTH SHAW LLP**
Candace S. Bertoldi (SBN 254725)
cbertoldi@seyfarth.com
Brian P. Long (SBN 232746)
bplong@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
OWENS-BROCKWAY GLASS
CONTAINER, INC.

Plaintiff CORY HILLIS and Defendant OWENS-BROCKWAY GLASS CONTAINER, INC. (collectively "the Parties") hereby stipulate as follows:

(1) Pursuant to Section 11 of the Court's Civil Standing Order, and Section VI of the Court's October 24, 2025 Supplemental Pretrial Scheduling Order (Dkt 18), the Parties respectfully request that the Court set a settlement conference in this case before a randomly assigned magistrate judge.

(2) On October 24, 2025, the Court issued a Supplemental Pretrial Scheduling Order. Dkt. 18, setting the following relevant pretrial schedule:

a. Discovery Cutoff (Experts): September 2, 2026

b. Dispositive Motions: September 2, 2026

c. Joint Notice of Trial Readiness: October 2, 2026

(3) Because the Parties have agreed to a settlement conference in this matter, and wish to preserve resources for a potential settlement of this case, and given the imminence of the pretrial deadlines listed above, the Parties agree that extending those pretrial deadlines by approximately **60 days** is in the interest of justice and will promote judicial efficiency.

(4) The Parties previously requested one extension of the pretrial schedule as to fact discovery deadlines, which the Court granted on February 26, 2026. That extension did not impact the expert discovery cutoff or the dispositive motion or joint notice of trial readiness deadlines as to which the Parties now request an extension.

(5) Accordingly, the Parties STIPULATE AND AGREE to revise the pretrial schedule as follows:

a. Discovery Cutoff (Experts): ~~September 2, 2026~~ → November 2, 2026

b. Dispositive Motions: ~~September 2, 2026~~ → November 2, 2026

c. Joint Notice of Trial Readiness: ~~October 2, 2026~~ → December 2, 2026

//

//

//

**IT IS SO STIPULATED.**

Dated: August 11, 2026

**MATERN LAW GROUP, PC**

By: */s/ Mikael H. Stahle*
MATTHEW J. MATERN
MIKAEL H. STAHLE

Attorneys for Plaintiff
CORY HILLIS

Dated: August 11, 2026

**SEYFARTH SHAW LLP**

By: */s/ Robin E. Devaux*
ROBIN E. DEVAUX
CANDACE S. BERTOLDI
BRIAN P. LONG

Attorneys for Defendant
OWENS-BROCKWAY GLASS
CONTAINER, INC.

**IT IS SO ORDERED.**

Dated: August 11, 2026

Troy L. Nunley
Chief United States District Judge